IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | 8:11CR75 |
| Plaintiff,      ) | |
| ) | **ORDER ON PETITION FOR** |
| vs.      ) | **FOR OFFENDER UNDER** |
| ) | **SUPERVISION** |
| LATHAN BILLS,      ) | |
| ) | |
| Defendant.      ) | |

On the 19th day of May, 2014, the Petition for Warrant for Offender Under Supervision (Petition) (Filing No. 33) came on for hearing. Defendant was present and represented by Jeffrey Thomas. The United States was represented by Assistant United States Attorney, Michael P. Norris.

Defendant admits to Allegation No. 1 of the Petition. The United States moved to dismiss Allegation No. 2. The Court accepted the defendant's admission and found him to be in violation of his supervised release.

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked. Defendant is committed to the custody of the United States Bureau of Prisons for a term of 24 months with no further term of supervised release to follow.

2) Defendant is to receive credit for his time in custody since April 1, 2014.

3) Allegation No. 2 is dismissed.

DATED this 20th day of May, 2014.

BY THE COURT.

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court